KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
office: (702) 385-5534
fax: (702) 385-1869
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROXANA SMITH, | ) | 2:25-cv-01335-ART-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF LAS VEGAS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER
### (Submitted in Compliance with LR-26-b)

The Plaintiff, ROXANA SMITH, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, CITY OF LAS VEGAS, by and through its undersigned counsel, Timothy J. Geswein, Deputy City Attorney, hereby submit this Stipulated Discovery Plan and Scheduling Order.

**DESCRIPTION OF ACTION:** This is a federal discrimination matter related to Plaintiff's employment with the Defendant. The Defendant denies all claims for relief.

**PROPOSED DISCOVERY PLAN:**

1. The parties conducted a Fed. R.Civ. P. 26(f) conference on August 14, 2025. Pursuant to the Fed. R. Civ. P. 26 (f) conference, the parties confirm that they have already exchanged all initial disclosures.

2. Estimated time required for discovery: Discovery will take 180 days from the filing of the Defendant's first appearance in the matter on July 22, 2025. The discovery deadline shall be Tuesday, January 20, 2026 (the 180th day is Sunday, January 18, 2026 and

1

Monday, January 19, 2026, is a federal holiday).

3.  Amendment of Pleadings and Addition of Parties: Unless otherwise ordered by the Court, the date for filing motions to amend the pleadings or to add parties shall not be later than 90 days prior to the discovery cut-off date, which in this matter is not later than October 22, 2025.

4.  The disclosure of experts and expert reports shall occur on or before November 21, 2025, which is 60 days before the discovery cut-off date; and the disclosure of rebuttal experts and their reports shall occur on or before December 22, 2025, which is 30 days after the expert disclosure deadline (the 30th day is on Sunday, December 21,2025).

5.  The parties shall have until February 19, 2026, to file dispositive motions.

6.  The pretrial order shall be filed by March 23, 2026 (the 30th day is Saturday, March 21, 2026) which is not more than thirty (30) days after the date set for filing dispositive motions in the case.  This deadline is suspended if dispositive motions are timely filed and, in such case, the deadline for filing the pretrial order shall be thirty (30) days after decision on said dispositive motions, or by further order of the court.  Fed. R. Civil P. 26(a)(3) Disclosures: The disclosures required by Fed. R. Civ. P Rule 26 (a)(3), and any objections thereto, shall be included in the pretrial order.

7.  Stipulations regarding limitations or conditions or additional discovery:

a.  Parties shall engage in all permissible discovery as allowed under FRCP and local rules.

8.  Electronic Evidence: The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties agree to produce electronically-stored evidence in either paper or .pdf format. Should a party believe an alternate format is needed, counsel shall engage in personal discussions to attempt to agree on an alternate format to meet the party's concerns.

9. Extensions of Modifications of the Discovery Plan and Scheduling Order: Applications or motions to extend the discovery plan dates shall comply with the requirements of  LR 26-3 and shall be filed not later than 21 days prior to the particular deadline sought to be extended.  The motion or stipulation shall include:

2

a.  A statement specifying the discovery completed to date;

b.  A specific description of the discovery which remains to be completed;

c. The reasons why remaining discovery was not completed within the time limits of the existing discovery deadline; and

d. A proposed schedule for the completion of remaining discovery.

10.  Settlement: The undersigned attorneys affirm that they have discussed possible settlement of this action as well as the use of extrajudicial procedures or alternative methods of dispute resolution to resolve this case.

11.  Alternate Forms of Case Disposition: The parties have considered consenting to trial by a magistrate judge under 28 U.S.C. Section 636( c) and Fed.R.Civ.P. 73 and the use of the Short Trial Program (General Order 2013-01).

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

/s/ Timothy J. Geswein
TIMOTHY J. GESWEIN
Deputy City Attorney
Nevada Bar No:10049
City Attorney's Office
495 S. Main St., 6th Fl.
Las Vegas, NV 89101
(702) 229-6629
Attorney for Defendant

Dated: 8/14/25

Dated: 8/14/25

**ORDER**

IT IS SO ORDERED.

Dated this 15th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiff

3